**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Palumbi | Social Security number or ITIN    xxx–xx–6449 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–20842–ABA | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Palumbi

12/18/20                                                                                 **By the court:**    Andrew B. Altenburg Jr.
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20842-ABA |
| John Palumbi | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Palumbi, 765 Salem Ave., Franklinville, NJ 08322-3342 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | Harley-Davidson Credit Corp., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 518964356 | | Finance Solutions, 132 E 43rd Street # 237, New York, NY 10017-4019 |
| 518964357 | + | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 518964361 | | Global Client Solutions, 4343 S 118th Ave., Ste B, Tulsa, OK 74146 |
| 518964360 | | Global Client Solutions, 4343 S 118th Ave., Ste 220, Tulsa, OK 74146 |
| 518964363 | + | John Deere Financial, 8402 Excelsior Drive, Madison, WI 53717-1909 |
| 518964364 | + | Lincoln Automotive Financial, Attn: Bankruptcy, Re: Acct # 58048469, Po Box 542000, Omaha, NE 68154-8000 |
| 518964365 | + | Lincoln Automotive Financial, Attn: Bankruptcy, Re: Acct# 56961951, Po Box 542000, Omaha, NE 68154-8000 |
| 518964366 | | NewRez LLC, c/o Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |
| 518964367 | + | Nora Palumbi, 765 Salem Ave., Franklinville, NJ 08322-3342 |
| 518964358 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 518964368 | + | Paul Pallumbi, 3093 Main Road, Franklinville, NJ 08322-2232 |
| 518964371 | + | Sheffield Financial, PO Box 25127, Winston Salem, NC 27114-5127 |
| 518964372 | + | Spring Legal Group, 3379 Peachtree Road NE Ste. 555, Atlanta, GA 30326-1418 |
| 518964378 | + | Td/yard Cd, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 518964379 | + | Tesla c/o Sparrowhawk Solar1, LLC, Re: JB-083571-00, PO Box 3500, Draper, UT 84020-3500 |
| 518964380 | + | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: FORD.COM | Dec 19 2020 02:08:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518964340 | + | EDI: AMEREXPR.COM | Dec 19 2020 02:08:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518964344 | | Email/Text: bankruptcy@bbandt.com | Dec 18 2020 21:52:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 518964343 | + | EDI: BANKAMER.COM | Dec 19 2020 02:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518964342 | + | EDI: BANKAMER.COM | Dec 19 2020 02:08:00 | Bank of America, 4909 Savarese Circle, |

| | | | |
|---|---|---|---|
| | | | Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518964345 | + EDI: CAPITALONE.COM | Dec 19 2020 02:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518964346 | + EDI: CAPITALONE.COM | Dec 19 2020 02:08:00 | Capital One Bank USA, NA, Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518964347 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518964348 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518964349 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518964350 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518964351 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518964352 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518964353 | + EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518964354 | + EDI: WFNNB.COM | Dec 19 2020 02:08:00 | Comenitybank/Jared, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 518964355 | + EDI: DISCOVER.COM | Dec 19 2020 02:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518964359 | EDI: FORD.COM | Dec 19 2020 02:08:00 | Ford Credit, c/o Correspondence, PO Box 542000, Omaha, NE 68154-8000 |
| 518964362 | + Email/Text: bankruptcy.notices@hdfsi.com | Dec 18 2020 21:53:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 518964370 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2020 21:52:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518964369 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2020 21:52:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518964373 | + EDI: RMSC.COM | Dec 19 2020 02:08:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965165 | + EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518964374 | + EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518964375 | + EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518964376 | + EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518964377 | + EDI: WTRRNBANK.COM | Dec 19 2020 02:08:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518964381 | EDI: USBANKARS.COM | Dec 19 2020 02:08:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518964382 | + EDI: USAA.COM | Dec 19 2020 02:08:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

Case 20-20842-ABA    Doc 22    Filed 12/20/20    Entered 12/21/20 00:19:16    Desc Imaged
                              Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 318 | Total Noticed: 51 |

| 518964383 | + EDI: WFFC.COM | | Dec 19 2020 02:08:00 | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
|---|---|---|---|---|
| 518964384 | + EDI: CAPITALONE.COM | | Dec 19 2020 02:08:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518964341 | ##+ | Andrew Carroll Esq., 285 Chestnut Street, Hammonton, NJ 08037-1438 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

**Name**     **Email Address**

Andrew M. Lubin
    on behalf of Creditor BANK OF AMERICA  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Maureen P. Steady
    trustee@kurtzmansteady.com  mps@trustesolutions.net

S. Daniel Hutchison
    on behalf of Debtor John Palumbi sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7